**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:22-cv-61997-LEIBOWITZ/VALLE**

**GREAT AMERICAN INSURANCE CO.,**

    *Plaintiff,*

*v.*

**ORACLE ELEVATOR HOLDCO, INC.,**

    *Defendant.*
_____/
**ORACLE ELEVATOR HOLDCO, INC.,**

    *Cross-Plaintiff,*

*v.*

**EVEREST NATIONAL INS. CO.,**

    *Cross-Defendant.*
_____/

**ORDER AND NOTICE OF HEARING**

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Continue the January 24, 2025, hearing to February 14, 2025 [ECF No. 229] (the "Motion"), filed on January 14, 2025. The parties seek a continuance because counsel for Plaintiff, who will be arguing the motions—James P. Ruggeri, Esq.—will be flying out of the country on January 24. [*Id.* ¶ 2].

While the Court is somewhat sympathetic, Plaintiff lists six (6) counsel of record for this case. Surely, one of the other five is free on January 24, 2025. Further, this Court will be conducting a month-long criminal trial in Miami in February; so, the Court is not available to hear the motions on February 14, 2025.

Finally, this is a very old case. The Complaint was filed on October 27, 2022. [ECF No. 1]. The first motion for summary judgment was filed on November 13, 2024. [*See* ECF No. 165]. The Court is not inclined to wait until March 2025 to hear oral argument on the multiple motions pending

in this case. [*See* ECF Nos. 165, 168, 169, 170, 172, 173, 180, 192, 211]. Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 229**] is **DENIED**.

Oral argument on the motions [ECF Nos. 165, 168, 169, 170, 172, 173, 180, 192, 207, 211] will be held on **Friday, January 24, 2025, at 2:00 pm.** Counsel of record must appear in person at Courtroom 202A, United States Federal Building and Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in the Southern District of Florida this 14th day of January, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record